

266 So.2d 222

**STATE of Louisiana, Through the DE-
PARTMENT OF HIGHWAYS**

**v.**

**Luther E. BRANCH, Jr., et al.**

No. 52652.

Sept. 19, 1972.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

266 So.2d 223

**W. H. HODGES & COMPANY, INC.**

**v.**

**HARTFORD ACCIDENT & INDEMNITY
and Gerald Hodges.**

No. 52657.

Sept. 19, 1972.

266 So.2d 223

**Mary A. ELLEDGE, individually and in her
capacity as natural tutrix of the minor,
Murray Jay Elledge**

**v.**

**Earl F. WARREN et al.**

No. 52655.

Sept. 19, 1972.

Writ refused. The judgment is not final.